UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| LITTLEJOHN, | ) | |
| | ) | CIVIL ACTION NO. 5:14-CV-200 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| TIMBERQUEST PARK at MAGIC, LLC | ) | |
| et al, | ) | |
| Defendants | ) | |

EVALUATOR'S REPORT

Please select one:

\_\_\_\_\_ First Session Report
_X_\_\_ Second Session Report
\_\_\_\_\_ Third Session Report
\_\_\_\_\_ Corrected/Revised Report
\_\_\_\_\_ Supplemental Report
\_\_\_\_\_ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

| (j)(1)(A): | Date of session: | Start time: | Finish time: |
|---|---|---|---|
| | April 13, 2016 | 10:00 a.m. | 8:30 p.m. |

| (j)(1)(B): | Names of attendees: | Role: | Settlement authority: (check only where applicable) |
|---|---|---|---|
| | Joseph Littlejohn- by telephone | Plaintiff | X |
| | Thomas McCormick, Esq. | Counsel for Plaintiff | |
| | Daniel Burchard, Esq. | Counsel for Plaintiff | |
| | Martha Hunt, Esq. | Counsel for Plaintiff | |
| | Amy Griggs | Insurance adjuster for Defendant Corporate Challenge | X |
| | Rod McPhee, Esq. | Counsel for Corporate Challenge | |
| | Heather Cooper, Esq. | Counsel for Corporate Challenge | |

| | | |
|---|---|---|
| David Rosow | Representative for Defendant Timberquest | |
| Thomas Waterfield | Insurance adjuster for Defendant Timberquest | X |
| Robert Cain, Esquire | Counsel for Defendant Timberquest | |

(j)(1)(C):   Substitute arrangements regarding attendance:

_____

(j)(1)(D):   Date parties' Evaluation Statements received by Evaluator:

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

(j)(1)(E):   Oral presentations: By all Parties

(j)(1)(F):   Results of session:
(j)(1)(F)(i):   _X_ Full settlement          ___ Partial settlement

____ No Settlement

(j)(1)(F)(ii):   Stipulation to narrow the scope of dispute:          _____N/A

(j)(1)(F)(iii):   Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:

Scheduling another ENE session:     _____Yes     _____NO

Other comments: (please refer to L.R. 16.1 (j)(2)):

Dated at Middlebury, Vermont on this 15th day of April, 2016.

_____
Michael J. Marks, Esq., Evaluator